**\*E-FILED\***
**May 16, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASAT HOLDINGS, LTD and ASAT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC. and FREESCALE SEMICONDUCTOR, INC., <br><br> Defendants. | No. C 03-01514 RS <br><br> **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 6, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 13, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 16, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Scott D. Baker sbaker@reedsmith.com

John D. Giffin john.giffin@kyl.com

Kevin Michael Hara   Khara@reedsmith.com,

Terence N. Hawley thawley@reedsmith.com

Kerry Hopkins Khopkins@reedsmith.com, Nctuttle@reedsmith.com

David H. Kramer dkramer@wsgr.com, dgrubbs@wsgr.com

Michael A. Ladra mladra@wsgr.com

David L. Lansky dlansky@wsgr.com

Theresa E. Norton tvanbeveren@wsgr.com

Stuart A. Shanus sshanus@reedsmith.com, lking@reedsmith.com

Elizabeth A. Tedesco etedesco@reedsmith.com

Morgan William Tovey mtovey@reedsmith.com, mjmeyers@reedsmith.com

Jody Lynn Willson jody.willson@kyl.com,

James C. Yoon jyoon@wsgr.com, abaranski@wsgr.com;nfurino@wsgr.com

James C. Yoon jyoon@wsgr.com, abaranski@wsgr.com;nfurino@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 16, 2005

2

1
2              /s/ BAK
           Chambers of Magistrate Judge Richard Seeborg
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California