Stuart A Shanus (SBN 188046)
Terence N. Hawley (SBN 179106)
Kerry Hopkins (SBN 219406)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Attorneys for Defendants and Counterclaimants
Motorola, Inc. and Freescale Semiconductor, Inc.

Michael A. Ladra (SBN 64307)
David H. Kramer (SBN 168452)
James C. Yoon (SBN 177155)
Theresa E. Norton (SBN 193530)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    650.493.9300
Facsimile:    650.565.5100

Attorneys for Plaintiffs and Counterdefendants
ASAT Holdings, Ltd., ASAT, Inc., and ASAT
Limited

John D. Giffin (SBN 89608)
Jody L. Willson (SBN 212045)
KEESAL, YOUNG & LOGAN
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone:    415.398.6000

Attorneys for Counterdefendant
QPL International Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASAT HOLDINGS, LTD. and ASAT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MOTOROLA, INC. and FREESCALE SEMICONDUCTOR, INC., <br><br> Defendants. | No.: C03 01514 RS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** <br><br> *E-FILED 7/22/05* |
| MOTOROLA, INC. and FREESCALE SEMICONDUCTOR, INC., <br><br> Counterclaimants, <br><br> vs. <br><br> ASAT HOLDINGS, LTD., ASAT, INC., QPL INTERNATIONAL HOLDINGS, LTD., and ASAT LIMITED, <br><br> Counterdefendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED, by and between the parties in this action, through their respective counsel of record, that this action and all claims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

DATED:  July 18, 2005.

WILSON SONSINI GOODRICH & ROSATI PC

By _____/s/ David H. Kramer_____
David H. Kramer
Attorneys for Plaintiffs and Counterdefendants
ASAT Holdings, Ltd., ASAT, Inc. and ASAT
Limited

DATED:  July 18, 2005.

KEESAL YOUNG & LOGAN

By _____/s/ John D. Giffin_____
John D. Giffin
Attorneys for Counterdefendant
QPL International Holdings Ltd.

DATED:  July 18, 2005.

REED SMITH LLP

By _____/s/ Stuart A. Shanus_____
Stuart A. Shanus
Attorneys for Defendants and Counterclaimants
Motorola, Inc. and Freescale Semiconductor, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    IT IS SO ORDERED.

2

3    DATED: _____   July 22, 2005

4

5                                              /s/ Richard Seeborg

6                                    _____
                                              Honorable Richard Seeborg
                                       United States District Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1

## **CERTIFICATION**

2          I, David H. Kramer, am the ECF User whose identification and password are being used to

3    file this STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL.  In compliance with

4    General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

5

6    DATED:  July 18, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
7

8

9
                                             By:   /s/ David H. Kramer
10                                                 David H. Kramer
                                                   Attorneys for Plaintiffs and Counterdefendants
11                                                 ASAT Holdings, Ltd., ASAT, Inc. and ASAT
                                                   Limited
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware